HANSON BRIDGETT LLP
PATRICK M. GLENN, SBN 141604
pglenn@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
JENICA D. MARIANI, SBN 266982
jmariani@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC. and KAISER FOUNDATION HOSPITALS

BRUCE A. HARLAND, SBN 230477
YURI Y. GOTTESMAN, SBN 264924
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1-091
Telephone:    (510) 337-1001
Facsimile:    (510) 337-1023

Attorneys for Defendant
SEIU, UHW – West

JOHN F. MARTIN, SBN 52618
CHRISTINE HOPKINS, SBN 240248
DAN BORAM – SBN 278810
LAW OFFICES OF JOHN F. MARTIN, PC
3100 Oak Road, Suite 230
Walnut Creek, CA  94597
Telephone:    (925) 937-5433
Facsimile:    (925) 938-5567

Attorneys for Plaintiff
GLORIA MARTINEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLORIA MARTINEZ,<br><br>       Plaintiff,<br><br>       v.<br><br>KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SERVICE EMPLOYEES INTERNATIONAL UNION; DOES 1 to 10,<br><br>       Defendants. | CASE NO. 3:12-cv-01824-EMC<br><br>JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [P~~R~~OP~~O~~SED] ORDER |

Plaintiff GLORIA MARTINEZ and Defendants SEIU, UHW – WEST, THE PERMANENTE MEDICAL GROUP, INC., and KAISER FOUNDATION HOSPITALS (collectively, the "Parties"), through their counsel of record, hereby stipulate and request that (1)

-1-
JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER (Case #3:12-cv-01824-EMC)

4604045.1

1  the Initial Case Management Conference ("Conference") be continued from  July 31, 2012 to
2  August 24, 2012, (2) the filing deadline for the Parties' Joint Conference Statement be continued
3  from July 24, 2012 to August 17, 2012, and (3) the deadline for the Parties to meet and confer
4  before the Initial Conference be continued from July 10, 2012 to August 3, 2012.
5      In connection with this requested continuance, the Parties also stipulate that the Parties will
6  exchange Initial Disclosures on or before August 17, 2012.
7      Good cause for a continuance exists because, as a result of the Court's recent Order
8  granting Defendant SEIU, UHW-West's motion to dismiss with leave for Plaintiff to amend her
9  complaint, Defendants wish to refrain from engaging in discovery until Plaintiff timely amends
10 her complaint or her time to do so expires.  (*See* Dck. # 30)  Plaintiff has consented to Defendants'
11 request.  Pursuant to the Court's Order, Plaintiff has until August 6, 2012 to timely amend her
12 complaint.  (*Id.*, 24:17)
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

4604045.1

-2-
JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER (Case #3:12-cv-01824-EMC)

| | | |
|---|---|---|
| 1 | DATED: July 11, 2012 | HANSON BRIDGETT LLP |

By: /s/ Jenica D. Mariani
LISA M. POOLEY
JENICA D. MARIANI
Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.
and KAISER FOUNDATION HOSPITALS

DATED: July 11, 2012    WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Yuri Y. Gottesman
BRUCE A. HARLAND
YURI Y. GOTTESMAN
Attorneys for Defendant
SEIU, UHW – West

DATED: July 11, 2012    LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation

By: /s/ Christine Hopkins
JOHN F. MARTIN
CHRISTINE HOPKINS
Attorneys for Plaintiff
GLORIA MARTINEZ

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: July 16, 2012

_____
HON. EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER (Case #3:12-cv-01824-EMC)

4604045.1