JOHN F. MARTIN, ESQ. (SBN 52618)
GEORGELLE HEINTEL, ESQ. (SBN 283595)
LAW OFFICES OF JOHN F. MARTIN, PC
3100 Oak Road, Suite 230
Walnut Creek, CA 94597
Phone - (925) 937-5433
Facsimile – (925) 938-5567

Attorneys for Plaintiff,
GLORIA MARTINEZ

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MARTINEZ<br><br>Plaintiff<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SERVICE EMPLOYEES INTERNATIONAL UNION, UHW - West; DOES 1 to 10,<br><br>Defendants. | CASE NO. C 12-01824 EMC<br><br>STIPULATION AND [Proposed] ORDER TO EXTEND TIME FOR COURT ORDERED MEDIATION   ; ORDER RESETTING CMC<br><br>Complaint Filed:  March 9, 2012<br>Trial Date:        None Set |

IT IS HEREBY STIPULATED by and between plaintiff, GLORIA MARTINEZ, and defendants, KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC and the SERVICE EMPLOYEES INTERNATIONAL UNION, UHW - West, through their respective counsel of record, that the time limit to complete mediation be extended, due to difficulties scheduling the mediation with the mediator, until December 10, 2012.

| | | |
|---|---|---|
| 1 | DATED: October 23, 2012 | LAW OFFICES OF JOHN F. MARTIN<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | Attorneys for Plaintiff |
| 6 | | GLORIA MARTINEZ |
| 7 | | |
| 8 | DATED: ~~August~~ ___, 2012 | HANSON BRIDGETT LLP |
| 9 | October 23 | |
| 10 | | |
| 11 | | By: /s/ Lisa M Pooley |
| | | LISA M. POOLEY |
| 12 | | JENICA D. MARIANI |
| 13 | | Attorneys for Defendants<br>THE PERMANENTE MEDICAL GROUP, INC.<br>and KAISER FOUNDATION HOSPITALS |
| 14 | | |
| 15 | DATED: October 23, 2012 | WEINBERG, ROGER & ROSENFELD |
| 16 | | |
| 17 | | By: /s/ Bruce A. Harland |
| 18 | | BRUCE A. HARLAND |
| 19 | | YURI Y. GOTTESMAN<br>Attorneys for Defendant |
| 20 | | SEIU, UHW – WEST |

IT IS SO ORDERED. The Further CMC is reset from 11/30/12 to 12/21/12 at 10:30 a.m. A joint CMC statement shall be filed by 12/14/12.

DATED: Oct. 26, 2012

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

STIPULATION AND [Proposed] ORDER TO EXTEND...
Case No. C 12-01824