JOHN F. MARTIN, ESQ. (SBN 52618)
GEORGELLE HEINTEL, ESQ. (SBN 283595)
LAW OFFICES OF JOHN F. MARTIN, PC
3100 Oak Road, Suite 230
Walnut Creek, CA 94597
Phone - (925) 937-5433
Facsimile – (925) 938-5567

Attorneys for Plaintiff,
GLORIA MARTINEZ

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MARTINEZ<br><br>Plaintiff<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SERVICE EMPLOYEES INTERNATIONAL UNION, UHW - West; DOES 1 to 10,<br><br>Defendants. | CASE NO. C 12-01824 EMC<br><br>STIPULATION AND [Proposed] ORDER TO EXTEND TIME FOR COURT ORDERED MEDIATION   ; ORDER<br>                             RESETTING CMC<br><br>Complaint Filed:   March 9, 2012<br>Trial Date:        None Set |

IT IS HEREBY STIPULATED by and between plaintiff, GLORIA MARTINEZ, and defendants, KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC and the SERVICE EMPLOYEES INTERNATIONAL UNION, UHW - West, through their respective counsel of record, that the time limit to complete mediation be extended, due to difficulties scheduling the mediation with the mediator, until December 10, 2012.

STIPULATION AND [Proposed] ORDER TO EXTEND TIME FOR COURT ORDERED MEDIATION
Case No. C 12-01824 EMC

| | | |
|---|---|---|
| 1 | DATED: October 23, 2012 | LAW OFFICES OF JOHN F. MARTIN |
| 2 | | A Professional Corporation |

By: _____
Attorneys for Plaintiff
GLORIA MARTINEZ

DATED: ~~August~~ ___, 2012        HANSON BRIDGETT LLP
       October 23

By: Lisa M Pooley
LISA M. POOLEY
JENICA D. MARIANI
Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.
and KAISER FOUNDATION HOSPITALS

DATED: October 23, 2012        WEINBERG, ROGER & ROSENFELD

By: Bruce A. Harland
BRUCE A. HARLAND
YURI Y. GOTTESMAN
Attorneys for Defendant
SEIU, UHW – WEST

IT IS SO ORDERED.  The Further CMC is reset from 11/30/12 to 12/21/12 at 10:30 a.m.  A joint CMC statement shall be filed by 12/14/12.

DATED:    Oct. 26, 2012

The Honorable ~~~~
Judge ~~~~

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

STIPULATION AND [Proposed] ORDER TO EXTEND ~~~
Case No. C 12-01824