HANSON BRIDGETT LLP
PATRICK M. GLENN, SBN 141604
pglenn@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC. and
KAISER FOUNDATION HOSPITALS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SERVICE EMPLOYEES INTERNATIONAL UNION; DOES 1 to 10,<br><br>Defendants. | CASE NO. CV 12-1824 EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Gloria Martinez, Defendant The Permanente Medical Group, Inc., Defendant Kaiser Foundation Hospitals, and Defendant Service Employees International Union, United Healthcare Workers —West, through their designated counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action be and hereby is dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: December 10, 2012          LAW OFFICES OF JOHN F. MARTIN, PC

By: _____
JOHN F. MARTIN
GEORGELLE C. HEINTEL
Attorneys for Plaintiff
GLORIA MARTINEZ

DATED: December 10, 2012          HANSON BRIDGETT LLP

By: _____
LISA M. POOLEY
GILBERT J. TSAI
Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.
and KAISER FOUNDATION HOSPITALS

DATED: December 10, 2012          WEINBERG, ROGER & ROSENFELD

By: _____
BRUCE A. HARLAND
YURI Y. GOTTESMAN
Attorney for Defendant
SERVICE EMPLOYEES
INTERNATIONAL UNION, UNITED
HEALTHCARE WORKERS —WEST

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION FOR DISMISSAL WITH PREJUDICE
(CASE #CV 12-1824 EMC)

4861229.1