HANSON BRIDGETT LLP
PATRICK M. GLENN, SBN 141604
pglenn@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC. and
KAISER FOUNDATION HOSPITALS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HOSPITALS; THE PERMANENTE MEDICAL GROUP, INC.; SERVICE EMPLOYEES INTERNATIONAL UNION; DOES 1 to 10,<br><br>  Defendants. | CASE NO. CV 12-1824 EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Gloria Martinez, Defendant The Permanente Medical Group, Inc., Defendant Kaiser Foundation Hospitals, and Defendant Service Employees International Union, United Healthcare Workers —West, through their designated counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action be and hereby is dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

1  IT IS SO STIPULATED.

2

3  DATED: December 10, 2012                    LAW OFFICES OF JOHN F. MARTIN, PC

4

5                                              By: _____
6                                                       JOHN F. MARTIN
                                                        GEORGELLE C. HEINTEL
7                                                       Attorneys for Plaintiff
                                                        GLORIA MARTINEZ
8

9

10 DATED: December 10, 2012                    HANSON BRIDGETT LLP

11

12

13                                             By: _____
                                                        LISA M. POOLEY
14                                                      GILBERT J. TSAI
                                                        Attorneys for Defendants
15                                              THE PERMANENTE MEDICAL GROUP, INC.
                                                and KAISER FOUNDATION HOSPITALS
16

17

18 DATED: December 10, 2012                    WEINBERG, ROGER & ROSENFELD

19

20

21                                             By: _____
                                                        BRUCE A. HARLAND
22                                                      YURI Y. GOTTESMAN
                                                        Attorney for Defendant
23                                                      SERVICE EMPLOYEES
                                                INTERNATIONAL UNION, UNITED
24 IT IS SO ORDERED:                            HEALTHCARE WORKERS —WEST

25

26 _____
   Edward M. Chen
27 U.S. District Judge

28

**IT IS SO ORDERED**
Judge Edward M. Chen